**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1704

TONITA LOUISE HALL, a/k/a Louise Redditt Toni,

Plaintiff - Appellant,

v.

HONORABLE ROBERT MUELLER, FBI Headquarters; ERIC H. HOLDER, JR., U.S. Attorney General; ALBERT L. LORD, Vice Chairman and CEO; ALBERT MURRAY, Georgia Pardon and Parole; TANJA GILMORE, Arlington County Parole Officer; HAROLD W. CLARKE, Arlington County Probation and Parole Officer District 10; DEBRA WILEY; JOHN FREY, Fairfax County Clerk of Court; FSA OMBUDSMAN U.S. DEPARTMENT OF EDUCATION; FAIRFAX COUNTY BOARD OF SUPERVISORS; JESSI VANNALLI, Fairfax County Law Clerk; LIEUTENANT T. CRABTREE, Fairfax County Police; OFFICER BAUER, Fairfax County Police Officer, Badge No 3390; FAIRFAX COUNTY POLICE DEPARTMENT; FAIRFAX COUNTY SHERIFF DEPARTMENT; MAGISTRATE GARCIA, Fairfax County Sheriff Department; WAYNE HANNAH, Fairfax County Sheriff; HANK W. CHAO, Chair of State Board of Community Colleges; KATHLEEN TIGHE, Inspector General; JASON WILLIAMS, Office of Inspector General (Potomac) Potomac Center Plaza (PCP); JOAN ZANDERS, Director Financial Aid - Northern Virginia Community College; JOE KUEBLER, State of Georgia Pardon and Parole; JUANITA FORD, United States Department of Education - Ombudsman; NORTHERN VIRGINIA COMMUNITY COLLEGE, in care of State Board of Community College; IAN RODWAY, Office of the Commonwealth Attorney; RAYMOND F. MARRAGH, Office of the Commonwealth Attorney; THEOPHANI (THEO) STAMOS, Office of the Commonwealth's Attorney for Arlington County and the City of Falls Church; OFFICE OF THE INSPECTOR GENERAL UNITED STATES DEPARTMENT LYNDON BAINES JOHNSON; PATRICIA TUCKER, Director of Extradition and Clemency, Commonwealth of Virginia, Office of the Secretary of the Commonwealth; ROBERT TEMPLIN, JR., President, Northern Virginia Community College; SALLIE MAE; ARNE DUNCAN, Secretary of the United States Department of Education; SHARON BULOVA, Chairman at Large; THE HONORABLE NATHAN DEAL, Member of Georgia Pardon and Parole;

UNKNOWN TRANSPORTATION COMPANY, Responsible for Transporting Plaintiff to the State of Georgia; WILLIAM W. MUSE, Virginia Department of Corrections; WILLIAM D. HAMEL, Assistant Inspector General; DAVID M. ROHRER, Fairfax County Police Chief,

Defendants – Appellees,

and

B. MEYERS, Arlington County Police Officer, Badge Number 1461; R. WENMOTH, Arlington County Police Officer, Badge Number 0852,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge. (1:12-cv-01234-CMH-TCB)

Submitted: September 24, 2013    Decided: September 26, 2013

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tonita Louise Hall, Appellant Pro Se.  Edward Reynolds Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Raymond J. Quianzon, FLETCHER, HEALD & HILDRETH, PLC, Arlington, Virginia; John Michael Parsons, Assistant Attorney General, Richmond, Virginia; Alexander Francuzenko, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia; Ann Gouldin Killalea, Assistant County Attorney, Fairfax, Virginia; Catherine Crooks Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Joanna Lee Faust, CAMERON MCEVOY, PLLC, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Tonita Louise Hall appeals the district court's order dismissing her several civil claims against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.[*] See Hall v. Mueller, No. 1:12-cv-01234-CMH-TCB (E.D. Va. filed May 1, 2013; entered May 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We deny Sallie Mae, Inc.'s motion to dismiss the appeal against it as moot.